1  PHILLIP A. TALBERT
   United States Attorney
2  PETER K. THOMPSON, HI 5890
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
4  ELLINOR R. CODER, CA 258258
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone: (510) 970-4814
7       Facsimile: (415) 744-0134
        E-Mail: Ellinor.Coder@ssa.gov
8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TREMAYNE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:22-cv-00122-AC (SS)<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will instruct the Administrative Law Judge to do the following: re-evaluate the opinion evidence and prior administrative medical findings, and the claimant's mental residual functional capacity; if necessary, obtain supplemental vocational expert testimony; offer the claimant the opportunity for a hearing; address the evidence that was

submitted to the Appeals Council; take any further action needed to complete the administrative record; and issue a new decision.

    This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  June 13, 2022               /s/  Jared T. Walker*
                                                      JARED T. WALKER
                                                      Attorney for Plaintiff
                                                      *Authorized via e-mail on June 10, 2022

                                                      PHILLIP A. TALBERT
                                                      United States Attorney
                                                      PETER K. THOMPSON
                                                      Acting Regional Chief Counsel, Region IX
                                                      Social Security Administration

                              By:     /s/ Ellinor R. Coder
                                                      ELLINOR R. CODER
                                                     Special Assistant United States Attorney

                                                     Attorneys for Defendant

### [PROPOSED] ORDER

    Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).  Upon remand, the Appeals Council will instruct the Administrative Law Judge to do the following: re-evaluate the opinion evidence and prior administrative medical findings, and the claimant's mental residual functional capacity; if necessary, obtain supplemental vocational expert testimony; offer the claimant the opportunity

1  for a hearing; address the evidence that was submitted to the Appeals Council; take any further
2  action needed to complete the administrative record; and issue a new decision.

DATED:  June 13, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE